

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

May 17, 2006

SEE NOTICE OF ELECTRONIC FILING

Re: Grace Brothers, Ltd., et al. v. Peter G. Futro, et al.
Civil Action Number: 06-cv-00886-PSF-BNB

Dear Counsel:

Please be advised that the above referenced case has been reassigned to Judge Phillip S. Figa. All future pleadings should reference the new judge designation in the civil action number as shown above.

Thank you for your cooperation in this matter.

Very truly yours,
GREGORY C. LANGHAM, CLERK

By: s/ Bonnie McCarty, Deputy Clerk

cc: Judge Phillip S. Figa
Magistrate Judge Boyd N. Boland

(Rev. 10/02)

Dockets.Justia.com