**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes   Date: June 30, 2006
Court Reporter: Darlene Martinez

Civil Action No.  06-cv-00886-PSF-BNB

| *Parties:* | *Counsel:* |
|---|---|
| GRACE BROTHERS, LTD.;<br>BENEDICTE M. WIRTZ, as Trustee of<br>Benedicte M. Wirtz Declaration of Trust dated<br>10/26/94; and<br>RICHARD R. CALLAHAN, JR., as Trustee of<br>Richard R. Callahan, Jr. Declaration of Trust<br>Dated 10/26/94,<br><br>    Plaintiffs,<br><br>v.<br><br>PETER G. FUTRO;<br>RANGELEY CORPORATION; and<br>FUTRO & ASSOCIATES, P.C.,<br><br>    Defendants. | Bob McAllister<br><br><br><br><br><br><br><br><br><br><br>John Schlie |

_____

**COURTROOM MINUTES**
_____

HEARING: Motion

**1:38 p.m.    Court in session.**

Also present, appearing telephonically:  Stephen Stigall on behalf of the intervenor, United States of America.

**ORDER:**    Motion to Intervene **(11-1)** is **granted** and for a Stay **(11-2)** is **granted in part.**  The stay is granted until November 20, 2006.

**ORDER:**   Government's Motion to Seal Documents # 13 and 14 and Attachments **(15)** is **granted.**

**ORDER:**   Defendants' Second Motion for Extension of Time in Which to File a Responsive Pleading **(16)** is **granted in part.**  Granted until November 20, 2006.

**ORDER:**   Current Order of Reference to the Magistrate Judge is **WITHDRAWN.**

**ORDER:**   Case now referred to Magistrate Judge Boyd N. Boland for the purpose of conducting Settlement Conferences only.

**DEADLINE/HEARING:**
Status Conference set for November 20, 2006, at 9:00 a.m.

**2:10 p.m.**   **Court in recess/hearing concluded.**

Total in-court time: 00:32.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes    Date: June 30, 2006
Court Reporter: Darlene Martinez

Civil Action No.  06-cv-00886-PSF-BNB

| *Parties:* | *Counsel:* |
|---|---|
| GRACE BROTHERS, LTD.;<br>BENEDICTE M. WIRTZ, as Trustee of<br>Benedicte M. Wirtz Declaration of Trust dated<br>10/26/94; and<br>RICHARD R. CALLAHAN, JR., as Trustee of<br>Richard R. Callahan, Jr. Declaration of Trust<br>Dated 10/26/94,<br><br>    Plaintiffs,<br><br>v.<br><br>PETER G. FUTRO;<br>RANGELEY CORPORATION; and<br>FUTRO & ASSOCIATES, P.C.,<br><br>    Defendants. | Bob McAllister<br><br><br><br><br><br><br><br><br><br><br>John Schlie |

_____

**COURTROOM MINUTES**
_____

HEARING: Motion

**1:38 p.m.     Court in session.**

Also present, appearing telephonically:  Stephen Stigall on behalf of the intervenor,
                                          United States of America.

**ORDER:**     Motion to Intervene **(11-1)** is **granted** and for a Stay **(11-2)** is **granted in part.**  The stay is granted until November 20, 2006.

**ORDER:** Government's Motion to Seal Documents # 13 and 14 and Attachments **(15)** is **granted.**

**ORDER:** Defendants' Second Motion for Extension of Time in Which to File a Responsive Pleading **(16)** is **granted in part.** Granted until November 20, 2006.

**ORDER:** Current Order of Reference to the Magistrate Judge is **WITHDRAWN.**

**ORDER:** Case now referred to Magistrate Judge Boyd N. Boland for the purpose of conducting Settlement Conferences only.

**DEADLINE/HEARING:**
Status Conference set for November 20, 2006, at 9:00 a.m.

**2:10 p.m.    Court in recess/hearing concluded.**

Total in-court time: 00:32.