IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00886-PSF-BNB

GRACE BROTHERS, LTD.,
BENEDICTE M. WIRTZ, as trustee of BENEDICTE M. WIRTZ DECLARATION OF TRUST DATED 10/26/94, and
RICHARD R. CALLAHAN JR., as trustee of RICHARD R. CALLAHAN, JR., DECLARATION OF TRUST DATED 10/26/94,

Plaintiffs,

v.

PETER G. FUTRO,
RANGELEY CORPORATION, and
FUTRO & ASSOCIATES, P.C.,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The following schedule was established:

> **Discovery Cut-Off:**          July 16, 2007
>
> All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off. Discovery is limited to the presumptive limits contained in the Federal Rules of Civil Procedure.
>
> **Dispositive Motions Deadline:**          July 16, 2007

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 1, 2007**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 25, 2007**

**Settlement Conference:** Will be set at the request of the parties.

**Final Pretrial Conference:** A final pretrial conference will be held in this case on **August 1, 2007, at 9:30 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 27, 2007**.

Dated March 1, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge