**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-00886-LTB-BNB

GRACE BROTHERS, LTD.,
BENEDICTE M. WIRTZ, as Trustee of, BENEDICTE M. WIRTZ DECLARATION OF TRUST DATED 10/26/94, and
RICHARD R. CALLAHAN JR., as Trustee of RICHARD R. CALLAHAN JR. DECLARATION OF TRUST DATED 10/26/94,

      Plaintiffs,

v.

PETER G. FUTRO,
RANGELEY CORPORATION,a nd
FUTRO & ASSOCIATES, P.C.,

      Defendants.
_____

**ORDER**
_____

Upon the Stipulation for Entry of Judgment (Doc 61 - filed January 26, 2009), and upon review of the file herein, it is

ORDERED that judgment shall enter against Defendant Peter Futro and in favor of Plaintiffs in the following amounts: Grace Brothers Ltd. $500,500.00; Richard R. Callahan, Jr. $94,062.50; and Benedicte Wirtz $50,312.50. Each party shall pay their own attorneys fees and costs.

IT IS FURTHER ORDERED that this matter is DISMISSED WITH PREJUDICE.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: January 27, 2009