**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   06-cv-00886-LTB-BNB

GRACE BROTHERS, LTD.,
BENEDICTE M. WIRTZ, as Trustee of, BENEDICTE M. WIRTZ DECLARATION OF TRUST DATED 10/26/94, and
RICHARD R. CALLAHAN JR., as Trustee of RICHARD R. CALLAHAN JR. DECLARATION OF TRUST DATED 10/26/94,

     Plaintiffs,

v.

PETER G. FUTRO,
RANGELEY CORPORATION, and
FUTRO & ASSOCIATES, P.C.

     Defendants.
_____

**JUDGMENT**
_____

PURSUANT TO and in accordance with the Order entered by the Honorable Lewis T. Babcock, United States District Judge, on January 27, 2009 upon the Stipulation for Entry of Judgment and upon review of the file herein, it is

ORDERED that judgment is entered against Defendant Peter Futro and in favor of Plaintiffs in the following amounts: Grace Brothers Ltd. $500,500.00; Richard R. Callahan, Jr. $94,062.50; and Benedicte Wirtz $50,312.50.  It is

FURTHER ORDERED that this matter is dismissed with prejudice.  Each party shall pay their own attorneys fees and costs.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate of .49% from the date of entry of Judgment.

Dated at Denver, Colorado this   4th   day of February, 2009.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk